UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Crim. No. 07-558-M-01 (AK) |
| WILLIAM E. KING, : | **FILED** |
| Defendant. : | NOV 2 7 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon motion of Defendant William E. King, it is hereby ORDERED that

1. Defendant King should be transported to the Correctional Treatment Facility;

2. Defendant should not be placed in protective custody, administrative segregation, nor any other segregation; and

3. Defendant should be placed in general population and held there until his case is completed.

4. Defendant King's D.C.D.C. number is           and his date of birth is.

SO ORDERED this _26^s_ day of _November_, 2007.

THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE COURT JUDGE

